

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2023

No. 04-22-00391-CR

Juan Antonio **RIVERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR11753
Honorable Ron Rangel, Judge Presiding

# O R D E R

After appellant's new counsel was appointed, appellant's brief was due December 7, 2022; however, neither the brief nor a motion for extension of time was filed. On December 8, 2022, the clerk of this court notified appellant's counsel, Karl A. Basile, of the deficiency. The letter required a response by December 19, 2022. *See* TEX. R. APP. P. 38.8(b)(2). We have not received a response from counsel and the brief has not been filed.

We therefore **order Karl A. Basile** to file appellant's brief by **January 17, 2023**. If the brief is not filed as ordered, this appeal may be abated for an abandonment hearing and counsel may be ordered to show cause why he should not be held in civil or criminal contempt of this court.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2023.

MICHAEL A. CRUZ, Clerk of Court